# IN THE SUPREME COURT OF THE STATE OF NEVADA

SKYVIEW CORPORATION, D/B/A
MOTOR MISSION MACHINE; JAMES
L. EWING, III, A/K/A JAMES
LEONARD EWING, III; AND DIXIE C.
EWING, A/K/A DIXIE LEE EWING,
                    Appellants,
            vs.
NORTH LAS VEGAS
REDEVELOPMENT AGENCY; AND
CITY OF NORTH LAS VEGAS,
                    Respondents.

No. 72112

**FILED**

JAN 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Susan Johnson, District Judge
      Robert F. Saint-Aubin, Settlement Judge
      Kirk T. Kennedy
      Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
      Eighth District Court Clerk

18-01959